# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN ASHLEY FLINT, | ) | No. CV 12-690-CAS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MATTHEW CATE, Secretary of CDCR, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 16, 2014

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE